# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:23-cv-05429-WLH-BFMx          Date 11/17/2023

Title: Shahram G. v. U.S. Citizenship and Immigration Services et al

Present: The Honorable WESLEY L.HSU

| Holidae Crawford | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

NONE          NONE

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 11/16/2023          .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
     Make JS-6.

☒  Other make JS-6

☐  Entered _____.

Initials of Preparer _____ hc _____